RECEIVED
BY ++t
JAN 08 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 01/10/07

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| GWEN WILLIAMS | CIVIL ACTION NO.: 6-CV644 (LEAD) |
| | 6:06CV655 (MEMBER) |
| VERSUS | JUDGE HAIK |
| DANNY RAY HOWZE, ET AL | MAG. JUDGE METHVIN |

## ORDER
## CORRECTIVE DOCUMENT

CONSIDERING THE MOTION TO DISMISS ACE AMERICAN INSURANCE COMPANY WITHOUT PREJUDICE:

IT IS HEREBY ORDERED that ACE AMERICAN INSURANCE COMPANY be dismissed without prejudice from the above captioned proceedings;

IT IS HEREBY FURTHER ORDERED that each party is to bear their own cost in this proceeding.

THUS DONE AND SIGNED on this _____ day of January, 2007.

_____
FEDERAL JUDGE